IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

| | |
|---|---|
| DIRECTV, INC., | ) |
| Plaintiff, | ) ) ) |
| vs. | ) No. 04-4153-CV-C-SOW ) |
| DENNIS WHEAT, et al., | ) ) |
| Defendants. | ) ) |

## ORDER

Before the Court is plaintiff's Application for Default Judgment Against Defendant Dennis Wheat (Doc. # 17). Having considered the Application, supporting affidavit, and record in this case, it is hereby

ORDERED that plaintiff's Application for Default Judgment Against Defendant Dennis Wheat (Doc. # 17) is granted. The Clerk of the Court shall enter default judgment against Defendant Dennis Wheat in the sum of $1,000.00, plus post judgment interest at the legal rate in effect to accrue thereon from the date of this judgment forward until paid. It is further

ORDERED that Defendant Dennis Wheat is permanently enjoined from committing or assisting in the commission of any violation of 47 U.S.C. § 605, or committing or assisting in the commission of any violation of 18 U.S.C. §§ 2511 or 2512.

/s/Scott O. Wright
SCOTT O. WRIGHT
Senior United States District Judge

Dated: 4-25-05